AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00207 |
| Clive A. Kincaid | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 8/17/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Clive A. Kincaid_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/17/2023                                                    *M.A. Upadh* (signature)
                                                                    *Issuing officer's signature*

City and state:   Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/17/2023, and the person was arrested on *(date)* 8/22/2023
at *(city and state)* Durango, CO

Date: 8/22/2023
                                                                    *(signature)*
                                                                    *Arresting officer's signature*

                                                                    Scott Crowley, Special Agent
                                                                    *Printed name and title*